08-2351-cv
Gonzalez v. New York City Transit Authority

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

### SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, in the City of New York, on the 9ᵗʰ day of March, two thousand ten.

PRESENT:
> GERARD E. LYNCH,
> > *Circuit Judge*,
> DENNY CHIN,[*]
> > *District Judge.*[**]

_____

Evelyn Gonzalez,

> *Plaintiff-Appellant*,

> v.                                                                No. 08-2351-cv

New York City Transit Authority, Manhattan and Bronx Surface Transit Operating Authority,

> *Defendants-Appellees*.

_____

For Appellant:                    EVELYN GONZALEZ, *pro se*, Croton-on-Hudson, N.Y.

For Appellees:                    RHONDA J. MOLL, Metropolitan Transportation Authority, New York, N.Y.

_____

[*] The Honorable Denny Chin, of the United States District Court for the Southern District of New York, sitting by designation.

[**] The Honorable Rosemary S. Pooler, originally a member of this panel, did not participate in the consideration of this appeal. The two remaining members of the panel, who are in agreement, have determined the matter. *See* 28 U.S.C. § 46(d); 2d Cir. I.O.P. E; *United States v. Desimone*, 140 F.3d 457 (2d Cir. 1998).

Appeal from a judgment of the United States District Court for the Eastern District of New York (Raymond J. Dearie, *Chief Judge*).

**UPON DUE CONSIDERATION**, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the order of the district court is **AFFIRMED**.

Plaintiff-Appellant Evelyn Gonzalez appeals from a decision of the district court granting summary judgment to Defendants dismissing Gonzalez's complaint. We assume the parties' familiarity with the underlying facts of the case, procedural history, and issues on appeal.

We review the grant of summary judgment *de novo*, and ask whether the district court properly concluded that there were no genuine issues of material fact and that the moving party was entitled to judgment as a matter of law. *Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). In determining whether there are genuine issues of material fact, we resolve any ambiguities and draw all permissible factual inferences in favor of the party against whom summary judgment is sought. *Terry v. Ashcroft*, 336 F.3d 128, 137 (2d Cir. 2003). Despite this deference, a party against whom summary judgment is sought cannot defeat a motion for summary judgment merely through conclusory statements or allegations. *See Davis v. State of New York*, 316 F.3d 93, 100 (2d Cir. 2002).

Our review of the record confirms that the district court properly granted Defendants' motion for summary judgment, and we affirm for substantially the same reasons set out in the court's thorough and well-reasoned opinion of March 31, 2008. We have considered all of Gonzalez's remaining arguments and find them to be without merit.

For the foregoing reasons, the judgment of the district court is AFFIRMED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
